

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

November 25, 2020

U.S. District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    **Re:**   *__Mercer v. Cadence Lodge, LLC__*__, Case No.: 1:20-cv-7602-RA__

Dear Judge Abrams:

    This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Currently, Plaintiff is waiting to receive an executed copy of the agreement from the defendant. Respectfully, we are requesting together with counsel for the defendant, a stay of all deadlines and conferences, for fourteen (14) days to ensure the fully executed settlement agreement may be received by all parties and their counsel.

    We thank the Court for your time and consideration in this matter.

                    Respectfully submitted,

                    BASHIAN & PAPANTONIOU, P.C.

                    */s/ Erik M. Bashian*
                    _____
                    Erik M. Bashian, Esq.

cc:    Erika Rosenblum, Esq. *(via email only)*

Application granted.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 25, 2020