UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACEY MERCER, *an individual*

                Plaintiff,

-against-

CADENCE LODGE, LLC

                Defendant.
-----------------------------------------------------------------X

Case No.: 1: 20-cv-07602 (RA)

**STIPULATION OF DISMISSAL WITH <u>PREJUDICE</u>**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action that this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, with each party to bear its own attorney's fees and costs except to the extent otherwise agreed between the parties.

Dated: Woodbury, New York
       December 7, 2020

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

_____
Jennifer E. Sherven, Esq.
Erika Rosenblum, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:  Garden City, New York
        November __, 2020

BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*

_____
Erik M. Bashian, Esq.
500 Old Country Road, Suite 302
Garden City, New York 11530
(516) 279-1554

**SO ORDERED:**

_____
Ronnie Abrams, U.S.D.J.
December 9, 2020

4814-2244-8082, v. 1

                                            The Clerk of Court is respectfully directed to close this case.
                                            SO ORDERED.

                                            Ronnie Abrams, U.S.D.J.
                                            December 9, 2020